# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:15CR68-5 JAR |
| ARNULFO LIMON, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker. (Doc. No. 241)

On June 30, 2015, Defendant Limon filed a Motion to Suppress Statements. (Doc. No. 137) Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge Nanette A. Baker, who filed a Report and Recommendation on August 28, 2015. (Doc. No. 183) On October 20, 2015, Judge Baker reopened the matter for additional evidence and testimony. On December 2, 2015, Judge Baker filed a second Report and Recommendation. (Doc. No. 241) Defendant Limon filed objections to the Report and Recommendation on December 18, 2015. (Doc. No. 258)

The Magistrate Judge recommends that Defendant's Motion to Suppress Statements be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [241] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements [137] is **DENIED**.

Dated this 23rd day of December, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE